**Electronically Filed
Intermediate Court of Appeals
CAAP-18-0000922
29-JUN-2022
07:54 AM
Dkt. 68 ODMR**

NO. CAAP-18-0000922

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

DEUTSCHE BANK NATIONAL TRUST COMPANY AS
TRUSTEE FOR MORGAN STANLEY ABS CAPITAL I INC.
TRUST 2006-NC4, Plaintiff-Appellee,
v.
BLAINE T. YATA, Defendant-Appellant,
and
BROOKE J.C. RIOPTA; AMBER M. RIOPTA; CASIE A. RIOPTA,
COUNTY OF KAUAI WASTEWATER MANAGEMENT; AND
DOES 1-20, inclusive, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE FIFTH CIRCUIT
(CASE NO. 14-1-0185)

ORDER
(By: Ginoza, Chief Judge, Leonard and Wadsworth, JJ.)

Upon consideration of Defendant-Appellant Blaine T. Yata's Motion for Reconsideration from the Intermediate Court of Appeals Summary Disposition Order Filed on June 9, 2022 filed herein on June 17, 2022 ("Motion for Reconsideration"), and the records and files herein,

IT IS HEREBY ORDERED that said Motion for Reconsideration is denied.

DATED: Honolulu, Hawaiʻi, June 29, 2022.

/s/ Lisa M. Ginoza
Chief Judge

/s/ Katherine G. Leonard
Associate Judge

/s/ Clyde J. Wadsworth
Associate Judge